No. 83–1532.   McFATHER ET AL. *v.* COTTON STATES MUTUAL INSURANCE CO.   Appeal from Sup. Ct. Ga. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken

as a petition for writ of certiorari, certiorari denied.